IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR136 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JAMES DURANCE, | ) | |
| Defendant. | ) | |

Defendant James Durance, appeared before the court on May 29, 2009 on a Summons for a Petition for Offender Under Supervision [29]. The defendant was represented by Assistant Federal Public Defender, Karen Shanahan and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The defendant admits allegations 1 and 2 and denies allegation 3. The defendant's oral motion to continue the final disposition hearing is granted.

IT IS ORDERED:

1. The Office of the Federal Public Defender is appointed to represent this defendant in this matter.

2. The Final Disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on August 27, 2009.** Defendant must be present in person.

3. Defendant is released on the same terms and conditions of supervised release already imposed.

Dated this 29th day of May, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge