IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR136 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JAMES DURANCE, | ) | |
| Defendant. | ) | |

Before the court is defendant's oral motion for release to be screened for inpatient treatment at the Veterans' Administration Hospital made at the August 31, 2009, hearing in this case. The motion is granted as follows:

IT IS ORDERED:

1. The defendant is released to the custody of the United States Probation Office for transport to the Veterans' Administration Hospital to be screened for inpatient treatment on Tuesday, September 1, 2009.

2. If the defendant is accepted immediately for inpatient treatment, he is ordered to remain, participate in and complete its program and obey all rules of the program.

3. If the defendant is placed on a waiting list the defendant shall be returned to the custody of the United States Marshal to await an inpatient opening.

4. The final disposition hearing in this matter is set for Wednesday, **October 28, 2009 at 1:00 p.m.**

DATED this 31st day of August, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE