IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:01CR136 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMES DURANCE, | |
| Defendant. | |

This matter is before the court on defendant's motion for hearing for a reduction in restitution payments, Filing No. 53. The government has filed a response. *See* Filing No. 55. The government contends it has requested documentation from the defendant for some time, but none has been forthcoming. The defendant, or his power of attorney, shall contact the Financial Litigation Unit staff in the United States Attorney's office and provide that office with the appropriate documentation to support his request.

IT IS ORDERED that the defendant's motion for hearing, Filing No. 53, is denied.

Dated this 24th day of April, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge